```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR013497
Cashier ID: cgcash
Transaction Date: 11/02/2017
Payer Name: THE WEBB LAW CENTRE, PLLC
--------------------------------------
CIVIL FILING FEE
 For: THE WEBB LAW CENTRE, PLLC
 Case/Party: D-WVS-2-17-CV-004267-001
 Amount:         $400.00
PROCESS SERVER
 For: THE WEBB LAW CENTRE, PLLC
 Case/Party: D-WVS-2-17-CV-004267-001
 Amount:         $10.00
PROCESS SERVER
 For: THE WEBB LAW CENTRE, PLLC
 Case/Party: D-WVS-2-17-CV-004267-001
 Amount:         $10.00
--------------------------------------
PAPER CHECK
 Check/Money Order Num: 4417
 Amt Tendered:  $420.00
--------------------------------------
Total Due:       $420.00
Total Tendered:  $420.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```